JOYCE R. BRANDA
Acting Assistant Attorney General
United States Department of Justice
Civil Division
WILLIAM PEACHEY
Director
WILLIAM C. SILVIS
STACEY I. YOUNG (DCBN 499324)
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
      P.O. Box 868, Ben Franklin Station
      Washington, DC 20044
      Telephone: (202) 305-7171
      Fax: (202) 305-7000
      Email: Stacey.young@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NAHEED SHEIKH,<br><br>    Plaintiff,<br><br>v.<br><br>JEH JOHNSON, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and MARK HAZUDA, DIRECTOR OF NEBRASKA SERVICE CENTER, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants. | CASE NO. 13-5429 LB<br><br>**DISMISSAL STIPULATION AND [~~PROPOSED~~] ORDER** |

      The parties, by and through their undersigned attorneys, agree to DISMISSAL of the above-captioned case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing his/her own costs and attorney fees. The parties make this request because on December 5, 2014, the United States Citizenship and Immigration Services approved Plaintiff Naheed Sheikh's I-485,

DISMISSAL STIPULATION AND
[~~PROPOSED~~] ORDER

Application to Adjust Status, which is the only relief that Ms. Sheikh sought.  Because Ms. Sheikh's claim is now moot, the parties agree to dismiss the case.

Dated: December 5, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　JOYCE R. BRANDA
　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　　WILLIAM PEACHEY
　　　　　　　　　　　　　　　　　　　　　　Director
　　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　　　District Court Section

　　　　　　　　　　　　　　　　　　　　　　WILLIAM C. SILVIS
　　　　　　　　　　　　　　　　　　　　　　Assistant Director

　　　　　　　　　　　　　　　　　　　　　　 /s/ Stacey I. Young
　　　　　　　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　　　District Court Section
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 868, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　　Phone:  (202) 305-7171
　　　　　　　　　　　　　　　　　　　　　　Fax:  (202) 305-7000
　　　　　　　　　　　　　　　　　　　　　　Email: stacey.young@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　　　/s Cara Jobson
　　　　　　　　　　　　　　　　　　　　　　CARA JOBSON
　　　　　　　　　　　　　　　　　　　　　　Wiley & Jobson
　　　　　　　　　　　　　　　　　　　　　　 703 Market Street, Suite 401
　　　　　　　　　　　　　　　　　　　　　　 San Francisco, CA 94103
　　　　　　　　　　　　　　　　　　　　　　Phone:  (415) 627-9161
　　　　　　　　　　　　　　　　　　　　　　Fax:  (415) 896-2892
　　　　　　　　　　　　　　　　　　　　　　Email:  cara@wileyjobson.com

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case is dismissed.

DATED: December__9__, 2014             _____
                                       Hon. Laurel Beeler
                                       UNITED STATES MAGISTRATE JUDGE

DISMISSAL STIPULATION AND
[PROPOSED] ORDER

3